THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
South Carolina Department of Social Services,       
Respondent,
 
 
 

v.

 
 
 
Virginia Wheeler, John Doe a/k/a Lutier, whose true name is unknown, 
 AND Child: Christina Wheeler DOB: 5/05/99,       
Defendants,
of whom Virginia Wheeler is       
Appellant.
 
 
 

Appeal From Beaufort County
Jane D. Fender, Family Court Judge

Unpublished Opinion No. 2005-UP-012
Submitted December 1, 2004  Filed January 11, 2005 

AFFIRMED

 
 
 
Daniel A. Saxon, of Hilton Head, for Appellant.
Tracy OKelly Klatt, of Beaufort, for Respondents.
Stacey Canaday, of Beaufort, for Guardian Ad Litem.
 
 
 

PER CURIAM:  Virginia Wheeler appears a 
 family court order terminating her parental rights to her minor child Christina.  
 The family court terminated Wheelers parental rights based on her failure to 
 support and meaningfully visit with her child and a finding that termination 
 of parental rights was in Christinas best interest.
Pursuant to Ex parte Cauthen, 291 S.C. 465, 
 354 S.E.2d 381 (1987), Wheelers counsel attached to the record of the family 
 court proceedings an affidavit stating his belief that the pending appeal lacks 
 merit.  The affidavit, along with the transcript of the merits hearing, was 
 served by first-class mail on Wheeler at two different addresses.  Wheeler did 
 not file a pro se response.
After reviewing the transcript in its entirety, 
 we hold there are no meritorious issues warranting additional briefing.  Accordingly, 
 we affirm the family courts decision to terminate Wheelers parental rights. [1] 
AFFIRMED.
HEARN, C.J., and GOOLSBY and WILLIAMS, JJ., 
 concur.

 
 
 [1]   We decide this case without oral argument pursuant to Rules 215 
 and 220(b)(2), SCACR.